UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| BETH THOMPSON-MOONEY, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 5: 21-194-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| METROPOLITAN SECURITY | ) | **JUDGMENT** |
| SERVICES, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

In accordance with Rule 58 of the Federal Rules of Civil Procedure and pursuant to the Order entered August 6, 2021, and Memorandum Opinion and Order entered this date, it is hereby

**ORDERED** and **ADJUDGED** as follows:

1.      Judgment is entered in favor of Defendants Metropolitan Security Services, Inc., d/b/a Walden Security, and United States on all claims asserted by Plaintiff Beth Thompson Mooney.

2.      This action is **DISMISSED** and **STRICKEN** from the Court's docket.

3.      This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

Dated: August 9, 2022.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky